The redacted version of the following U.S. District Court violation notice is not available:

| Location Code | Violation Number | Officer | | Date of Offense |
|---|---|---|---|---|
| WYNP | E1059303 | OSTER | | 07/27/2025 |
| **THE CHARGE ON THE VIOLATION NOTICE** | | | | |
| Offense Charged | Offense Description | | | |
| 36CFR4.23(a)(2) | DUI PER SE | | | |
| Defendant Name | | | | |
| WELLS, JESSICA G | | | | |
| Initial Court Appearance | | | | |
| MANDATORY - You must appear in court | | | | |
| Court Address | | | | Date/Time |
| US DISTRICT COURT YELLOWSTONE JUSTICE CENTER 105 ALBRIGHT AVE YELLOWSTONE N P, WY 82190 | | | | 07/28/2025 10:00 AM |